TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00162-CV

Philip David Carruthers, Appellant

v.

Leslie Townsend, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 96-01211, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

PER CURIAM

 After conferring with Court staff, the parties agreed to participate in mediation. The parties
reached a settlement agreement at mediation and have filed a joint motion to dismiss this appeal pursuant
to their agreement and a joint motion to expedite the mandate. The settlement agreement filed with this
Court's clerk contains conditions for the satisfaction of the judgment through a particular disbursal of the
funds, including a supersedeas bond, deposited with the district clerk.

 This Court directs the district clerk to disburse the funds described in the settlement
agreement according to the settlement agreement. This Court grants the parties' motions and dismisses this
appeal. See Tex. R. App. P. 59 (a)(1)(A).

Before Chief Justice Carroll, Justices Aboussie and B. A. Smith

Dismissed on Joint Motion

Filed: August 14, 1997

Do Not Publish